UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00404-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ADONIJAH VIGIL

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, November 12, 2007,** and responses to these motions shall be filed by **Friday, November 23, 2007.**  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday, December 3, 2007, at 11:00 a.m. in courtroom A-1002**  It is

    FURTHER ORDERED that a 5-day jury trial is set for **Monday, December 17, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated this 23 day of October, 2007.

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel  
                                  Wiley Y. Daniel  
                                  U. S. District Judge