UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00404-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ADONIJAH VIGIL

    Defendant.
_____

**ORDER**
_____

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, January 7, 2008,** and responses to these motions shall be filed by **Monday, January 21, 2008.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, January 29, 2008, at 1:30 p.m. in courtroom A-1002** It is

FURTHER ORDERED that a 5-day jury trial is set for **Monday, February 11, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated this 11 day of December, 2007.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge