**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.  07-cr-00404-WYD-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ADONIJAH VIGIL

      Defendant.

---

**ORDER CONTINUING SUPERVISED RELEASE VIOLATION HEARING**

---

      THIS MATTER is before the Court on the report of the probation officer regarding the Petition for issuance of Summons to Appear at a Supervised Release Hearing on March 17, 2015, and the Court now being advised that the defendant is scheduled to be sentenced in the Teller County Combined Court on March 17, 2015, on Case Number 2013-CR-0043.  Accordingly, it is

      ORDERED that the Supervised Release Hearing scheduled for **Tuesday, March 17, 2015, at 3:00 p.m.**, is **VACATED.**  It is further

      ORDERED that the probation office and counsel contact chambers to reschedule a Supervised Release Hearing upon the disposition in Teller County Combined Court Case Number 2013-CR-0043.

Dated:  March 10, 2015.

BY THE COURT:


/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE